Joseph J. Siprut*
*jsiprut@siprut.com*
Matthew D. Savin*
*msavin@siprut.com*
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.300.4809

Todd C. Atkins (CASB 208879)
*tatkins@siprut.com*
**SIPRUT PC**
2261 Rutherford Road
Carlsbad, CA  92008
619. 255.2380

*Pro hac vice* admittance to be sought

*Counsel for Plaintiff and the Proposed Putative Class*

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| SAMANTHA ELLISON, on behalf of herself and all others similarly situated, | Case No. |
| Plaintiff, | **CLASS ACTION COMPLAINT** |
| v. | |
| MYLIFE.COM, INC., a Delaware corporation, | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

Plaintiff Samantha Ellison ("Plaintiff"), individually and on behalf of all others similarly situated, by and through her counsel, brings this Class Action Complaint against Defendant MyLife.com, Inc. ("MyLife"), and alleges as follows upon personal knowledge as to herself and her own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by her attorneys.

## I.   NATURE OF THE ACTION

1.     In 2004, The California Legislature enacted Cal. Bus. & Prof. Code § 17529 *et al.* (the "California Anti-Spam Law" or the "Anti-Spam Law") in response to the increasing problem of unsolicited commercial email advertisements. In so doing, the Legislature declared these "spam" emails to be more than simply an annoyance, but "a drain on corporate budgets and possibly a threat to the continued usefulness of the most successful tool of the computer age."[1]

2.     At the time of the Anti-Spam Law's enactment, Ferris Research, Inc., a San Francisco consulting group, determined that spam would cost United States organizations more than ten billion dollars ($10,000,000,000) in that year alone in the form of lost productivity, as well as additional equipment, software, and manpower required to combat the problem.[2] Yet, the creation and initiation of email spam is relatively simple and inexpensive.

3.     The California Anti-Spam Law is intended to address this issue, making it unlawful for any person or entity to advertise in a commercial email advertisement if the advertisement has a subject line that the person or entity "knows would be likely to mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the contents or subject matter of the message."[3]

4.     MyLife.com is a popular social networking website developed to combat what the company has dubbed "social media overload."[4] For those consumers who have difficulty juggling various social networking and email accounts, Mylife offers a single platform to access

---

[1] Cal. Bus. & Prof. Code § 17529(b).
[2] Cal. Bus. & Prof. Code § 17529(d).
[3] Cal. Bus. & Prof. Code § 17529.5(a)(3).
[4] MyLife, http://www.mylife.com/blog/social-media-overload/ (last visited April 4, 2014).

and manage these online profiles, and claims to be "the one place you need to make valuable personal and professional connections, plus pull together your social and email communications to help simplify your life."[5]

5.      As a marketing ploy, MyLife sends consumers unsolicited commercial email advertisements *en masse*, with subject lines that often misrepresent the actual content or subject matter of the email. In many instances, the tone and wording of the subject lines create the appearance that the emails were sent as an invitation to connect online with a MyLife user, or relate to a security breach that exposed the recipient's personal identification information (*e.g.* personal passwords or social security numbers) to the general public.

6.      These slickly-crafted subject lines, however, bear no reasonable connection to the subject matter of the message, which is actually nothing more than an advertisement for MyLife. By sending these spam emails under the guise of personal, professional, or otherwise important correspondence, MyLife prevents consumers from properly identifying and discarding these message, and tricks them into viewing the enclosed advertisements – the exact type of deception the California Anti-Spam Law sought to eliminate.

7.      Plaintiff makes no claim or allegation as to the truth or falsity of the information included in the text, or <u>body</u>, of these unsolicited email advertisements. Rather, Plaintiff alleges that the <u>subject lines</u> misrepresent the actual content or subject matter of the messages in violation of California law, which is what the California Anti-Spam Law addresses.

8.      Accordingly, as a result of Defendant's conduct as described herein, Plaintiff seeks relief on behalf of herself and all others similarly situated (the "Class," as defined below), for violations of the California Anti-Spam Law, Cal. Bus. Prof. Code § 17529 *et al*.

## II.   <u>JURISDICTION AND VENUE</u>

9.      This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(d)(2). In the aggregate, Plaintiff's claims and the claims of the other members of the Class exceed $5,000,000

---

[5] MyLife, http://www.mylife.com/about-us/ (last visited April 4, 2014).

exclusive of interest and costs, and there are numerous class members who are citizens of states other than the State of California, where Defendant's principal offices are located.

10.     This Court has personal jurisdiction over Defendant because Defendant is authorized to and conducts substantial business in California, with its principal offices located in California. Defendant is registered in and operates out of California, and causes commercial email messages to be sent from California.

11.     Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391(b)(1), (2), and 1391(c) because Defendant is deemed to reside in this District and is subject to personal jurisdiction here; a substantial part of the events giving rise to the claims emanated from activities within this District; and Defendant conducts substantial business in this district.

### III.  <u>PARTIES</u>

*Plaintiff*

12.     Plaintiff Samantha Ellison is a natural person and citizen of the State of Illinois.

13.     Plaintiff has received numerous unsolicited commercial email advertisements from MyLife, all of which include subject lines that misrepresent one or more material facts regarding the contents or subject matter of the emails. These communications are further detailed below.

14.     To the best of her knowledge, Plaintiff has never subscribed to, contacted, or requested advertising or product information from MyLife, or any of its affiliates, subsidiaries, or associated entities.

*Defendant*

15.     MyLife is a Delaware corporation headquartered at 1100 Glendon Avenue, Suite 1800, Los Angeles, CA 90024. On information and belief, MyLife operates a popular social networking website with over 60 million users.[6]

---

[6] MyLife, http://www.mylife.com/about-us/ (last visited April 4, 2014).

## IV.  **FACTUAL BACKGROUND**

16.     According to its website, MyLife enables users to "manage communication across the most popular social networks and email accounts securely and conveniently on one simple dashboard.[7] Its service purports to streamline social networking and online correspondence by offering a single profile through which consumers can access and manage all of their existing online accounts, provided by unaffiliated third-parties such as Twitter, Facebook, and Google.

17.     Rather than offering consumers a new, alternative social networking forum, MyLife merely offers a platform to manage services to which the consumer already has access through third-party providers. As many people are presumably reluctant or unwilling to pay a monthly fee simply to manage already-accessible social networking services – most of which are available free-of-charge – MyLife sends hundreds of thousands, if not millions, of unsolicited spam emails in an attempt to spark consumer interest.

18.     In recent years, however, both spam filters and consumers have become more adept at recognizing email spam, which has significantly hampered the effectiveness of these messages as a means of advertising products and services. Since the vast majority of spam emails are now identified and discarded before the recipient opens, or even views the message, companies such as MyLife have resorted to sending unsolicited commercial emails that feature cleverly-worded subject lines designed to disguise the true nature of the message. Typically, these subject lines will imply that the message was sent at the behest of a personal or professional acquaintance, or involve an urgent matter specific to the *recipient's* well-being.

19.     For example, as depicted in Exhibit A, Plaintiff received an email with the subject line "26-year old female viewed your public info." A reasonable consumer would conclude (as Plaintiff did) that the message was sent either: (1) from a MyLife account holder who had searched for the recipient; or (2) in response to a security breach that left the recipient's personal identification information (*e.g.* her social security number or personal passwords) exposed to the

---

[7] *Id.*

general public.[8] The message, however, makes no reference to a 26-year-old female and includes only advertisements for unrelated products and services. Thus, the subject line tricks the recipient into opening and viewing an advertisement that the recipient would otherwise have identified and discarded as spam.

20.   In a rather transparent attempt to circumvent liability under federal and state anti-spam laws, MyLife will sometimes establish a superficial connection between the topics broached in the subject line and the message itself. For example, as depicted in Exhibit D, Plaintiff received an email with the subject line "A 26-year old Female viewed your public info; a matter of life and death." A reasonable consumer would interpret this subject line as communicating an urgent message *specific* to the recipient, but the email's only reference to a "matter of life and death" is an apparent advertisement for MyLife entitled: "Finding Mom—A Matter of Life and Death."

21.   Merely referencing the same language in the subject line and message fails to absolve MyLife of liability for its conduct. If the subject line invokes an urgency completely absent from the message itself, then the recipient has been misled as to the subject matter or content of the email – regardless of the extent to which the subject line and message are "technically" related.

22.   Moreover, even if the articles in the message *were* logically and contextually related to the topics in the subject line, those topics still have the potential to mislead if they disguise the commercial nature of the message and prevent the recipient from recognizing the email for what it really is: an advertisement.

23.   On February 26, 2014, Plaintiff received the first of several spam emails from MyLife (Attached hereto as Exhibit A), entitled: **"A 26-year old female viewed your public info."** The message of the email, however, makes no specific reference to a "26-year old

---

[8] While the subject of line of this particular email does say the person has viewed your "*public*" information, at first glance, any reasonable recipient would interpret the subject line as communicating a security or privacy warning, prompting the recipient to email the message and view its contents.

female," and includes only unrelated headings and advertisements. Moreover, by its wording and connotation, the subject line misrepresents the actual subject matter of the message by appearing as though it involves a security warning *specific* to Plaintiff, rather than an advertisement for MyLife.

24.     On March 6, 2014, Plaintiff received a second spam email from MyLife (Attached hereto as Exhibit B), entitled: **"6 people are tracking you online; keeping kids safe on the internet."** While the message references various unidentified individuals who were supposedly "viewing [Plaintiff's] Public Info," it makes no reference to the "6 people" or the ominous "tracking" warned of in the subject line.  Moreover, by its wording and connotation, the subject line misrepresents the actual subject matter of the message by appearing as though it involves a security warning *specific* to Plaintiff, rather than an advertisement for MyLife.

25.     On March 13, 2014, Plaintiff received a third email from MyLife (Attached hereto as Exhibit C), entitled: **"6 people are viewed your public info; Your address and email are exposed; what does your selfie say about you."** The corresponding message makes no specific reference to the "6 people" who supposedly viewed Plaintiff's public information, and includes only unrelated headings and articles either tenuously connected, or completely unrelated to the subject line. Moreover, by its wording and connotation, the subject line misrepresents the actual subject matter of the message by appearing as though it involves a security warning *specific* to Plaintiff, rather than an advertisement for MyLife.

26.     In perhaps its boldest misrepresentation, MyLife sent a fourth unsolicited spam email to Plaintiff on March 20, 2011 (Attached hereto as Exhibit D), entitled: **"A 26-year old Female viewed your public info; a matter of life and death."** The corresponding message makes no reference to a 26-year-old female, and the "matter of life and death" apparently refers to an *advertisement* touting MyLife's success at reuniting a pair of adopted sisters with their biological mother. Moreover, by its wording and connotation, the subject line misrepresents the

actual subject matter of the message by appearing as though it involves a security warning *specific* to Plaintiff, rather than an advertisement for MyLife.

27.    On March 27, Plaintiff received a fifth email from MyLife (Attached hereto as Exhibit E), entitled: **"A 26-year old Female viewed your public info; baby left at the hospital."** The corresponding message makes no reference to a 26-year-old female and includes only a MyLife Advertisement describing a user's search for his or her biological mother after being abandoned at birth. Moreover, by its wording and connotation, the subject line misrepresents the actual subject matter of the message by appearing as though it involves a security warning *specific* to Plaintiff, rather than an advertisement for MyLife.

28.    All of the above-referenced emails include subject lines that misrepresent one or more material facts concerning the content or subject matter of the message.

## V.    CLASS ACTION ALLEGATIONS

29.    Plaintiff brings Count I, as set forth below, on behalf of herself and as a class action, pursuant to the provisions of Rules 23(a), (b)(2), and (b)(3) of the Federal Rules of Civil Procedure on behalf of a class defined as:

> All persons in the United States who, from December 15, 2013 to the present, received an email from MyLife that was the same or substantially similar to the any of the emails attached hereto as Exhibits A-E.

Excluded from the Class are MyLife and its subsidiaries and affiliates; all persons who make a timely election to be excluded from the Class; governmental entities; and the judge to whom this case is assigned and any immediate family members thereof.

30.    Certification of Plaintiff's claims for classwide treatment is appropriate because Plaintiff can prove the elements of her claims on a classwide basis using the same evidence as would be used to prove those elements in individual actions alleging the same claims.

31.    **Numerosity – Federal Rule of Civil Procedure 23(a)(1).**  The members of the class are so numerous that individual joinder of all Class members in impracticable. On information and belief, there are thousands of consumers who have been affected by MyLife's

wrongful conduct. The precise number of the Class members and their addresses is presenty unknown to Plaintiff, but may be ascertained from MyLife's books and records. Class members may be notified of the pendency of this action by recognized, Court-approved notice dissemination methods, which may include U.S. mail, electronic mail, Internet postings, and/or published notice.

32.     **Commonality and Predominance – Federal  Rule of Civil Procedure 23(a)(2) and 23(b)(3).**  This action involves common questions of law and fact, which predominate over any questions affecting individual Class members, including, without limitation:

(a) whether MyLife engaged in the conduct as alleged herein;

(b) whether Plaintiff and the other Class members are entitled to statutory or other forms of damages, and other monetary relief and, if so, in what amount(s); and

(c) whether Plaintiff and other Class members are entitled to equitable relief, including but not limited to injunctive relief.

33.     **Typicality – Federal Rule of Civil Procedure 23(a)(3).**  Plaintiff's claims are typical of the other Class members' claims because, among other things, all Class members were comparably injured through the uniform misconduct described above.

34.     **Adequacy of Representation – Federal Rule of Civil Procedure 23(a)(4)**. Plaintiff is an adequate representative of the Class because her interests do not conflict with the interests of the other Class members she seeks to represent; she has retained counsel competent and experienced in complex class action litigation; and Plaintiff intends to prosecute this action vigorously. The Class members' interests will be fairly and adequately protected by Plaintiff and her counsel.

35.     **Declaratory and Injunctive Relief – Federal Rule of Civil Procedure 23(b)(2).** MyLife has acted or refused to act on grounds generally applicable to Plaintiff and the other Class members, thereby making appropriate final injunctive relief and declaratory relief, as described below, with respect to Class members as a whole.

36.     **Superiority – Federal Rule of Civil Procedure 23(b)(3)**.   A class action is superior to any other available means for the fair and efficient adjudication of this controversy, and no unusual difficulties are likely to be encountered in the management of this class action. The damages or other financial detriment suffered by Plaintiff and the other Class members are relatively small compared to the burden and expense that would be required to individually litigate their claims against MyLife, so it would be impracticable for Class members to individually seek redress from MyLife's wrongful conduct. Even if Class members could afford individual litigation, the court system could not. Individualized litigation creates a potential for inconsistent or contradictory judgments, and increases the delay and expense to all parties and the court system. By contrast, the class action device presents far fewer management difficulties, and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court.

## VI.  CLAIMS ALLEGED

### COUNT I
**Violation of California Business & Professions Code § 17529 *et seq.***
**(On Behalf of the Class)**

37.     Plaintiff incorporates by reference the allegations contained in Paragraphs 1-36 as though fully set forth herein.

38.     Section 17529 *et seq.* of the California Business & Professions Code makes it unlawful "for any person or entity to advertise in a commercial e-mail advertisement either sent from California or sent to a California electronic mail address" if "the email advertisement has a subject line that a person knows would be likely to mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the contents or subject matter of the message."

39.     Defendant violated the California Anti-Spam Law by sending unsolicited commercial email advertisements with subject lines that Defendant knew were reasonably likely to mislead the recipient as to one or more material facts regarding the contents or subject matter of its email advertisements.

40.     Defendant sent the commercial email advertisements "from California" as that term is defined under the California Anti-Spam Law, as its headquarters and principal offices are located in State of California.

41.     Plaintiff and the Class members are "recipients" of Defendant's unsolicited commercial email advertisements as that term is defined under the Anti-Spam Law.

42.     The emails that Defendant sent Plaintiff and the Class members were "unsolicited" as that term is defined under the Anti-Spam Law.

43.     Pursuant to Cal. Bus. & Prof. Code § 17529.5(b), Plaintiff and the Class members seek liquidated damages of one thousand dollars ($1,000.00) for each unsolicited commercial email advertisement, up to one million dollars ($1,000,000.00) per single transmission or delivery to a single recipient or multiple recipients of an unsolicited commercial email advertisement containing substantially similar content; injunctive relief; and reasonable attorneys' fees and costs.

44.     Plaintiff and the other members of the Class reserve the right to allege other violations of law which constitute other unlawful business acts or practices, as further investigation and discovery warrants. MyLife's wrongful conduct is ongoing and continues to this date.

## VII.   JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff demands a trial by jury of all claims in this Complaint so triable.

## VIII.   REQUEST FOR RELIEF

WHEREFORE, Plaintiff, individually and on behalf of the other members of the Class proposed in this Complaint, respectfully requests that the Court enter an Order awarding the following relief:

A. A declaration that this action may be maintained as a class action, and certifying the Class as requested herein;

B.   An injunction preventing Defendant from engaging in the unlawful practices and statutory violations asserted herein;

C.   An Order awarding the maximum allowable statutory damages arising from Defendant's unlawful conduct as described herein;

D.   An Order awarding reasonable attorneys' fees and costs pursuant to applicable state law; and

E.   Such further relief as this Court deems just and proper.

Dated: January 22, 2015                           Respectfully submitted,


                                                  /s/ *Todd C. Atkins*

                                                  Joseph J. Siprut*
                                                  *jsiprut@siprut.com*
                                                  Matthew D. Savin*
                                                  *msavin@siprut.com*
                                                  **SIPRUT** PC
                                                  17 North State Street
                                                  Suite 1600
                                                  Chicago, Illinois  60602
                                                  312.236.000
                                                  Fax: 312.300.4809

                                                  Todd C. Atkins (CASB 208879)
                                                  *tatkins@siprut.com*
                                                  **SIPRUT** PC
                                                  2261 Rutherford Road
                                                  Carlsbad, CA  92008
                                                  619.255.2380

                                                  Counsel for Plaintiff and the Proposed Putative Class

*Pro hac vice* admittance to be sought


4838-0133-6089, v.  4

# EXHIBIT A

---------- Forwarded message ----------
From: **MyLife Connection Updates** <mylife@mail.mylife.com>
Date: Wed, Feb 26, 2014 at 5:08 PM
Subject: A 26-year old female viewed your public info
To: Samantha Ellison ██████████████

Get latest news on friends and family

## Your Public Information is Exposed

Samantha Ellison, ███████
██████████

view and remove

## Welcome ████

 ████████████████
████████████

## Protect Your Personal Information

 MyLife found **5 or more sites exploiting your information.**

Click here to view and remove.

## Who's Viewing Your Public Info

 **Kerri**, Lenox, IA
Find out more



### Finding My Kids After 23 Years

I was shocked to find out that the 2 people looking for me were the daughters I abadoned 23 years ago. Read more



### How to Protect Your Kids From Cyberbullying

Tips on how to prevent your child from being bullied online or worse. Read more

 **Someone** Age 51, Los Angeles, CA
Find out who

View All



**The 10 Cities with the Most Pride**

From Miami to Honolulu and every town in between, people in these cities have the most pride. Learn more

## Who's Searching for You on Google

 **Someone** on Feb-2014 *NEW!*
Find out more

View all

## Looking for Love?

   

Take the quiz to find your best matches

Find singles near you

## Stop Missing What's Important

Connect with Facebook to see all of your important conversations in one place.

**f CONNECT WITH FACEBOOK**

Connect with us

  

Download our free apps

▶ Google Play        App Store

To protect your privacy, do not forward this email to anyone not authorized by you to access your profile.

Unsubscribe    Manage Settings    User Agreement    Privacy Policy

Got a question? Visit our Help pages or call us at (888) 820-9006

These emails are sent to registered members of MyLife.com® MyLife, MyLife.com® and the MyLife logos are trademarks of MyLife.com, Inc. Copyright © 2013 MyLife.com, Inc. All Rights reserved 914 Westwood Blvd #517, Los Angeles, CA 90024-2905

# EXHIBIT B

---------- Forwarded message ----------
From: **MyLife Connection Updates** <mylife@mail.mylife.com>
Date: Thu, Mar 6, 2014 at 1:39 PM
Subject: 6 people are tracking you online; keeping kids safe on the internet
To: Samantha Ellison ██████████████████

Get latest news on friends and family

Your Public Information is Exposed

Samantha Ellison, ██████
██████████

view and remove



**Keeping Your Kids Safe on the Internet**

Tips for protecting your kids online — even if you're not computer savvy. Read more

Welcome ██████

 ████████████████

Protect Your Personal Information

 MyLife found **5 or more sites exploiting your information.**

Click here to view and remove.



**How a Class Reunion Changed My Son's Life**

When I began using MyLife to find old classmates for a reunion, I never dreamed what it would lead to. Read more

Who's Viewing Your Public Info

 **Kerri**, Lenox, IA
Find out more

 **Someone** Age 51, Los Angeles, CA
Find out who

View All



**How to Clean Up Your Online Identity**

Have you Googled yourself lately? You might be surprised by what you find. Learn more

## Who's Searching for You on Google

 **Someone** from Mountain View, CA
Find out more

View all

## Looking for Love?

   

Take the quiz to **find your best matches**
in ████████████████

Find singles near you

## Stop Missing What's Important

Connect with Facebook to see all of your important conversations in one place.

**CONNECT WITH FACEBOOK**

Connect with us

  

Download our free apps

▶ Google Play      App Store

To protect your privacy, do not forward this email to anyone not authorized by you to access your profile.

Unsubscribe    Manage Settings    User Agreement    Privacy Policy

Got a question? Visit our Help pages or call us at (888) 820-9006

These emails are sent to registered members of MyLife.com® MyLife. MyLife.com® and the MyLife logos are trademarks of MyLife.com, Inc. Copyright © 2013 MyLife.com, Inc. All Rights reserved 914 Westwood Blvd #517, Los Angeles, CA 90024-2905

# EXHIBIT C

---------- Forwarded message ----------
From: **MyLife Connection Updates** <mylife@mail.mylife.com>
Date: Thu, Mar 13, 2014 at 12:58 PM
Subject: 6 people are viewed your public info; Your address and email are exposed; what does your selfie say about you
To: Samantha Ellison ███████████████████

Get latest news on friends and family

## Your Public Information is Exposed

Samantha Ellison, ███

███████████

view and remove

## Protect Your Personal Information

 MyLife found **4 sites exploiting your information.**

Click here to view and remove.

## Welcome ███

 ██████████████████████

## Who's Viewing Your Public Info

 **Kerri**, Lenox, IA
Find out more



### My Selfies, Myself

Ellen DeGeneres's Oscar selfie set new social media records. Are you a selfie taker and what do your selfies say about you? Read more



### 10 Best Cities for Food Lovers

Find out if you live in one of the top 10 mid-sized cities for food lovers. Read more



 **Someone** Age 51, Los Angeles, CA
Find out who

View All

## Who's Searching for You on Google

 **Someone** from Mountain View, CA
Find out more

View all

## Looking for Love?

   

Take the quiz to **find your best matches**
in **Highland Park, IL**

Find singles near you

## Stop Missing What's Important

Connect with Facebook to see all of your
important conversations in one place.

**CONNECT WITH FACEBOOK**

Connect with us

  

 **A MyLife Love Story**

My story started almost 50
years ago when I was only 16.
That's when I met my first love.
Learn more

Download our free apps

▶ Google Play    App Store

To protect your privacy, do not forward this email to anyone not authorized by you to access your profile.

Unsubscribe    Manage Settings    User Agreement    Privacy Policy

Got a question? Visit our Help pages or call us at (888) 820-9006

These emails are sent to registered members of MyLife.com[®]. MyLife, MyLife.com[®] and the MyLife logos are trademarks of MyLife.com, Inc. Copyright © 2013 MyLife.com, Inc. All Rights reserved 914 Westwood Blvd #517, Los Angeles, CA 90024-2905

# EXHIBIT D

---------- Forwarded message ----------
From: **MyLife Connection Updates** <my.life@mail.mylife.com>
Date: Thu, Mar 20, 2014 at 3:38 PM
Subject: A 26-year old Female viewed your public info; a matter of life and death
To: Samantha Ellison ███████████████

## Get latest news on friends and family

Welcome ████

 ████████████████████████



### Finding Mom—A Matter of Life and Death

My sister and I always knew we were adopted, but suddenly it became critical that we find our birth mom. Read more

### 4 Sites are Exposing Your Personal Information

✓ Your Address
✓ Your Phone
✓ Your Email
✓ Your Family



VIEW AND REMOVE



### The Dangers of Keeping Secrets

We don't keep secrets as much as they keep us—prisoner. Read more

### Who's Viewing Your Public Info

 **Kerri**, Lenox, IA
Find out more

 **Someone** Age 51, Los Angeles, CA
Find out who

View All



## How to Create a Positive Online Identity

Just like having no credit can hurt your chances for a loan, having no online identity could hurt your chances for a job, or even a date. Learn more

## See Who Googled You Recently

 **Someone** from Mountain View, CA
Find out more

View all

## Looking for Love?

  

Take the quiz to **find your best matches**

Find singles near you

## Stop Missing What's Important

Connect with Facebook to see all of your important conversations in one place.

**CONNECT WITH FACEBOOK**

Download our free apps                    Connect with us

      

To protect your privacy, do not forward this email to anyone not authorized by you to access your profile.

Unsubscribe   Manage Settings   User Agreement   Privacy Policy

Got a question? Visit our Help pages or call us at (888) 820-9006

These emails are sent to registered members of MyLife.com$^{®}$. MyLife, MyLife.com$^{®}$ and the MyLife logos are trademarks of MyLife.com, Inc. Copyright © 2014 MyLife.com, Inc. All Rights reserved 914 Westwood Blvd #517. Los Angeles. CA 90024-2905

# EXHIBIT E

---------- Forwarded message ----------
From: **MyLife Connection Updates** <mylife@mail.mylife.com>
Date: Thu, Mar 27, 2014 at 3:00 PM
Subject: A 26-year old Female viewed your public info; baby left at the hospital
To: Samantha Ellison ███████████████

Get latest news on friends and family

Welcome ███

 ████████████████



**Baby Left at the Hospital**

My birth mom left me right after
I was born, and I've been
looking for her for 25 years.
Read more

4 Sites Are Exposing Your Personal
Information

✓ Your
  Address
✓ Your Phone
✓ Your Email
✓ Your
  Family



VIEW AND REMOVE



**How to Clean Up Your
Online Identity**

Have you Googled yourself
lately? You might be surprised
by what you find. Learn more

Who's Viewing Your Public Info

 **Kerri**, Lenox, IA
Find out more

**Someone** Age 51, Los Angeles, CA

 Find out who

View All

## See Who Googled You Recently

 **Someone** from Mountain View, CA
Find out more

View all

## Looking for Love?

   

Take the quiz to **find your best matches**

█████████████

Find singles near you

## Stop Missing What's Important

Connect with Facebook to see all of your
important conversations in one place.

**f CONNECT WITH FACEBOOK**

### Is Technology Turning Kids into Cyber-Addicts?

How can we help our kids get
the most out of tech without
becoming addicts? Read more

 mylife

Download our free apps          Connect with us

██████████████████████████████████████████

  

▶ Google Play      App Store

To protect your privacy, do not forward this email to anyone not authorized by you to access your profile.

Unsubscribe    Manage Settings    User Agreement    Privacy Policy

Got a question? Visit our Help pages or call us at (888) 820-9006

These emails are sent to registered members of MyLife.com®. MyLife. MyLife.com® and the MyLife logos are trademarks of MyLife.com, Inc. Copyright © 2014 MyLife.com, Inc. All Rights reserved 914 Westwood Blvd #517. Los Angeles. CA 90024-2905